5:42 PM
04/08/24
Accrual Basis

# azg sales
# Balance Sheet
## As of March 12, 2024

|  | Mar 12, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| baruch chase | 1,383.78 |
| Chase 0236 | -3,296.18 |
| **Total Checking/Savings** | -1,912.40 |
| **Other Current Assets** | |
| Inventory Asset | 452,074.81 |
| Undeposited Funds | 307.38 |
| **Total Other Current Assets** | 452,382.19 |
| **Total Current Assets** | 450,469.79 |
| **TOTAL ASSETS** | **450,469.79** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 454,308.76 |
| **Total Accounts Payable** | 454,308.76 |
| **Credit Cards** | |
| **All Credit Cards** | |
| Amazon Cc sync | -664.09 |
| Capital One 2183 | 4,070.55 |
| Capital One 3278 baruch | 6,361.31 |
| Capital One Venture malka2 4379 | 11,944.74 |
| capitel business baruch 4041 | 5,051.64 |
| Chase 0604 Baruch IGH | 8.12 |
| chase 1661 | 44,125.92 |
| Chase 4790 freedum baruch | 6,631.67 |
| Chase 5109 Malka Business | 15,325.78 |
| Chase 8767 | 56,295.00 |
| Chase Baruch Ink 1885 | 2,585.71 |
| Chase Business 6968 | 280.83 |
| citi bank avrum 6137 6832 | 18,478.39 |
| citi malka buis 1806 | 34,601.25 |
| Credit Card at Capital One 167 | 3,438.03 |
| discover bar | 10,313.67 |
| discover mal 6507 | 6,796.82 |
| key bank cc baruch 9024 | 7,425.00 |
| Venture Capital One baruch 5440 | 107,106.43 |
| Wells Fargo Baruch 4405 5740 | 6,282.79 |
| Wells Fargo Malka 6635 5521 | 5,103.37 |
| **Total All Credit Cards** | 351,562.93 |
| capital one 5342 | 8,000.00 |
| **Total Credit Cards** | 359,562.93 |
| **Other Current Liabilities** | |
| 8fig | 54,623.64 |
| Amazon Loan | 707,874.66 |
| Citizens Line of Credit | 150,000.00 |
| EBF Holdings | 19,380.00 |
| **Loans Payable** | |
| Chase Installment Loan 6002 | 4,213.96 |
| Chase Line of Credit 6003 | 98,000.00 |
| Loans Payable - Other | 5,000.00 |
| **Total Loans Payable** | 107,213.96 |

5:42 PM
04/08/24
Accrual Basis

# azg sales
## Balance Sheet
### As of March 12, 2024

|  | Mar 12, 24 |
|---|---:|
| onramp | 10,607.59 |
| seller funding 1 | 64,050.00 |
| seller funding 2 | 11,819.79 |
| seller funding 3 | 8,131.08 |
| Yossi Stern | -4,675.79 |
| **Total Other Current Liabilities** | 1,129,024.93 |
| **Total Current Liabilities** | 1,942,896.62 |
| Long Term Liabilities | |
|   eidl loan | 500,000.00 |
|   marcus gs | 116,126.24 |
| **Total Long Term Liabilities** | 616,126.24 |
| **Total Liabilities** | 2,559,022.86 |
| Equity | |
|   Adjustments | -4,954,279.27 |
|   dh wagshal | 50,000.00 |
|   Opening Balance Equity | -176,124.75 |
|   Owner Investment | |
|     TCF Home Equity | 64,889.22 |
|     Owner Investment - Other | 64,786.40 |
|   **Total Owner Investment** | 129,675.62 |
|   Retained Earnings | 2,853,716.35 |
|   Net Income | -11,541.02 |
| **Total Equity** | -2,108,553.07 |
| **TOTAL LIABILITIES & EQUITY** | 450,469.79 |