1:15 PM
04/12/24
Accrual Basis

# azg sales
## Profit & Loss
### September 12, 2023 through March 12, 2024

|  | Sep 12, '23 - Mar 12, 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Amazon | 325,280.42 |
| goldstein old goods | 64,103.80 |
| Product Adjustments | 5,887.37 |
| **Total Income** | 395,271.59 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 8.12 |
| **FBA Costs** | |
| Amazon Adjustments | 0.00 |
| **Total FBA Costs** | 0.00 |
| Purchases | 342.90 |
| **Total COGS** | 351.02 |
| **Gross Profit** | 394,920.57 |
| **Expense** | |
| Computers | 4.32 |
| **Interest Expense** | |
| 8fig | 22,766.27 |
| Citizens | 1,550.00 |
| Credit Card Interest | 31,029.76 |
| EBF Holdings | 16,212.45 |
| Marcus gs | 560.22 |
| Onramp | 11,021.46 |
| Seller funding Fee | 17,897.49 |
| Interest Expense - Other | 8,117.63 |
| **Total Interest Expense** | 109,155.28 |
| **Overhead Expenses** | |
| Automobile Expense | 1,250.58 |
| Bank Service Fees | 14,510.84 |
| Meals and Entertainment | 1,470.25 |
| Office Supplies | 2,059.59 |
| Shipping Expense | 1,405.17 |
| Software | 2,429.59 |
| Telephone Expense | 2,689.34 |
| Utilities | 1,768.40 |
| **Total Overhead Expenses** | 27,583.76 |
| **Professional Fees** | |
| Bookkeeping | 1,050.00 |
| **Total Professional Fees** | 1,050.00 |
| seller centry | 4,000.00 |
| Travel | 8,726.60 |
| **Total Expense** | 150,519.96 |
| **Net Ordinary Income** | 244,400.61 |
| **Other Income/Expense** | |
| **Other Income** | |
| Rewards and Cashback | 1,743.85 |
| **Total Other Income** | 1,743.85 |

1:15 PM
04/12/24
Accrual Basis

# azg sales
## Profit & Loss
### September 12, 2023 through March 12, 2024

|  | Sep 12, '23 - Mar 12, 24 |
|---|---:|
| **Other Expense** | |
|   **Officer Payroll** | |
|     **18 Viola** | |
|       morgetge 18 gt | 8,235.62 |
|     **Total 18 Viola** | 8,235.62 |
|     Charity | 10,248.00 |
|     Draw | 29,810.65 |
|   **Total Officer Payroll** | 48,294.27 |
|   rent | 0.62 |
|   Taxes | 250.00 |
| **Total Other Expense** | 48,544.89 |
| **Net Other Income** | -46,801.04 |
| **Net Income** | 197,599.57 |