Robert T. Honeywell
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Phone: (212) 536-4863
Robert.Honeywell@klgates.com

*Counsel for Amazon Capital Services, Inc. and Amazon.com Services LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
In re:

    AZG SALES INC.,

                Debtor

---------------------------------------------------------------------X

Chapter 7

Case No. 24-22204-shl

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    **PLEASE TAKE NOTICE** that the undersigned counsel, Robert T. Honeywell of K&L Gates LLP, a member of this Court in good standing, respectfully enters his appearance as counsel of record for Amazon Capital Services, Inc. and Amazon.com Services LLC.

    **NOTICE IS FURTHER GIVEN**, that pursuant Rule 2002 to the Federal Rules of Bankruptcy Procedure, it is requested that all notices given or required to be given in this action, including but not limited to all papers filed and served in this action, be given to and served upon:

K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Attn: Robert T. Honeywell
Phone: (212) 536-4863
Robert.Honeywell@klgates.com

    **NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes,

without limitation, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise.

The filing of this appearance shall not waive any defenses or arguments that may be available to Amazon Capital Services, Inc. and Amazon.com Services LLC.

Any and all defenses and/or arguments available to Amazon Capital Services, Inc. and Amazon.com Services LLC are hereby expressly reserved.

Dated: July 15, 2024

        K&L GATES LLP

        /s/ *Robert T. Honeywell*
        Robert T. Honeywell
        599 Lexington Avenue
        New York, New York 10022
        Phone: (212) 536-4863
        E-mail: Robert.Honeywell@klgates.com

        *Attorneys for Amazon Capital Services, Inc. and Amazon.com Services LLC*